IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| SHAWN CRYTS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　IT IS ORDERED that the Unopposed Motion to Review Detention and Request for a Hearing (filing no. 79) is granted but no hearing is required. The Federal Public Defender shall transport the defendant. The defendant shall (1) abide by the conditions of supervised release, (2) follow the directions of the probation officer, (3) not leave the facility without the permission of the probation officer, (4) successfully complete the treatment program, and (5) abide by all the rules of the treatment program. If the defendant is discharged for any reason other than successful completion of the program, the defendant shall immediately turn himself in to the United States Marshals Service. The defendant shall be released on Monday morning, October 27, 2014. The Clerk shall hand deliver a copy of this Order to the United States Marshals Service.

　　　　DATED this 23rd day of October, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Senior United States District Judge