IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SHAWN CRYTS,<br><br>　　　　　　Defendant. | 4:11CR3136<br><br>ORDER |

IT IS ORDERED:

1) Defendant's motion, (Filing No. 102), is granted.

2) On November 10, 2016, the Marshal shall temporarily release Defendant Shawn Cryts to Lancaster County for serving time in jail on the warrant in Case No. CR16-10237.

3) Upon Defendant's release from jail in Lancaster County, whether by posting bond or by service of his sentence, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending further order of the court.

4) The clerk shall provide a copy of this order to the Marshal.

November 9, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge